IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,  Plaintiff,  v.  Shaquiel Anthony Mendez,  Defendant. | Criminal No. 3:23-cr-045-03  Motion for Release to State Prison |

Defendant Shaquiel Anthony Mendez is currently held in USMS custody in Polk County, Minnesota. Prior to the indictment, he was an inmate at the North Dakota State Penitentiary. On April 20, 2023, the government filed a Writ of Habeas Corpus ad Prosequendum. Mr. Mendez made his initial appearance on April 25, 2023, in North Dakota District Court.

Mr. Mendez is requesting to be released back to the North Dakota State Penitentiary during the pendency of this case.

Mr. Mendez is requesting a hearing on this matter.

Dated: August 23, 2023

Respectfully submitted,

*/s/ Chris Snyder*
Chris Snyder
MN Registration No. 0399471
ND Registration No. 09180

Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN 56561-0853
218-284-0484

chris@ringstromdekrey.com