IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Criminal No. 3:23-cr-045-03 |
| v. | |
| Shaquiel Anthony Mendez, | **Motion for Continuance** |
| Defendant. | |

Defendant Shaquiel Anthony Mendez is currently scheduled for jury trial on October 3, 2023. Defendant is requesting additional time to review the file and further prepare for trial.

The prosecution has been notified and is not objecting to the request.

Dated: September 14, 2023

Respectfully submitted,

/s/ Chris Snyder
Chris Snyder
MN Registration No. 0399471
ND Registration No. 09180

Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN 56561-0853
218-284-0484
chris@ringstromdekrey.com