IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHAQUIEL ANTHONY MENDEZ,<br><br>Defendant. | Case No. 3:23-cr-00045-03<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR RELEASE TO STATE PRISON** |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney, opposes Defendant's Motion for Release to State Prison (Doc. 81). Defendant is charged with witness tampering conspiracy in a murder case, and state authorities may not adequately ensure safety of witnesses or security of Defendant as well as the United States Marshal's Service (USMS) and their contract facilities. In addition, should Defendant escape, the responsibility of arrest and ultimate transport would be borne by state authorities.

Further, Defendant cites no legal basis for the release to state custody.

Dated:  October 23, 2023

                                      MAC SCHNEIDER
                                      United States Attorney

                    By:    */s/ Christopher C. Myers*
                                      CHRISTOPHER C. MYERS
                                      Assistant United States Attorney
                                      ND Bar ID 05317
                                      655 First Avenue North, Suite 250
                                      Fargo, ND  58102-4932
                                      (701) 297-7400
                                      chris.c.myers@usdoj.gov
                                      Attorney for United States