# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SAYDEE CISSE,<br><br>Defendant. | Case No.  3:23-cr-45<br><br>**NOTICE OF APPEAL** |

Notice if hereby given that Daniel Saydee Cisse appeals to the United States Court of Appeal for the Eighth Circuit from the Judgment in a criminal case entered in this action on January 18, 2024.

Dated this the 31st day of January, 2024.

Respectfully Submitted,

By:       */s/ Jennifer A. Braun*
Jennifer A. Braun (ND ID 06875)
Aaland Law Office, LTD.
415 11th Street South
Fargo, North Dakota 58103
701-232-7944
officemanager@aalandlaw.com
Attorney for Defendant Daniel Cisse