U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 3:23-cr-45-2

USA v. Daniel Saydee Cisse

Length of trial: N/A

Financial Status:
- Fee Paid? ☐ Yes ☑ No
- If **NO**, has IFP been granted? ☑ Yes ☐ No
- Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter:   ☐ No hearings held

  Name: Kelly Kroke

  Address: 655 1st Avenue North, Fargo ND 58102

  Telephone Number: 701-297-7000

Criminal cases only:

  Is the defendant incarcerated? ☑ Yes (include address below)   ☐ No

  Please list all other defendants in this case if there were multiple defendants.

  Jesse James Burnett and Shaquiel Anthony Mendez

**SPECIAL COMMENTS:**

Cass County Jail
450 34th St S
Fargo, ND 58103