IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSE JAMES BURNETT,<br><br>　　　　Defendant. | Case No. 3:23-cr-00045<br><br>**REQUEST FOR NOTICE OF ALIBI DEFENSE** |

　　The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Christopher C. Myers, Assistant United States Attorney for the District of North Dakota, hereby requests, pursuant to Rule 12.1(1) of the Federal Rules of Criminal Procedure, that Defendant provide a notice of alibi defense in this case.

　　Dated: June 4, 2024

　　　　　　　　　　　　　　　　　　　MAC SCHNEIDER
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　*/s/ Christopher C. Myers*
　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. MYERS
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　Quentin N. Burdick United States Courthouse
　　　　　　　　　　　　　　　　　　　655 First Avenue North - Suite 250
　　　　　　　　　　　　　　　　　　　Fargo, ND  58102-4932
　　　　　　　　　　　　　　　　　　　(701) 297-7400
　　　　　　　　　　　　　　　　　　　ND Bar Board ID No. 05317
　　　　　　　　　　　　　　　　　　　Chris.C.Myers@usdoj.gov
　　　　　　　　　　　　　　　　　　　Attorney for United States