## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>               Plaintiffs,<br><br>   vs.<br><br>Jesse James Burnett,<br><br>               Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.:  3:23-cr-45 |

Defendant, Jesse James Burnett, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 201, Fargo North Dakota 58103, moves this Honorable Court to continue his jury trial currently scheduled for July 16, 2024, at 9:30a.m. to a later date due to the complexity and nature of the indictment's allegations. It is respectfully requested that the Court set a trial date after December 31, 2024.

Undersigned counsel recently received a voluminous amount of discovery in this case and needs more time to finish reviewing the discovery with Mr. Burnett. Mr. Burnett is currently being held at Sherburne County Jail in Elk River, Minnesota, which makes it difficult for undersigned counsel to review discovery with Mr. Burnett in a quick manner. It is estimated that it will take at least fifteen (15) to twenty (20) days for Defendant to review discovery the first time through.

Undersigned counsel has spoken with AUSA, Christopher Myers, and the government has no objection to this continuance request.

1

Undersigned counsel further represents that this request is not made for undue delay or any other improper reason.

A Waiver of Speedy Trial signed by Defendant has been filed herewith.

Dated this 28th day of June, 2023.

Respectfully submitted,

BREDAHL & ASSOCIATES, P.C.

_____
Jeff A. Bredahl, ND ID #04717
3431 4th Avenue South, Suite 200
Fargo, North Dakota 58103
Tele: 701-298-9363
Fax: 701-298-9362
Email: jeffb@ndjustice.com
Eservice: eservice@ndjustice.com
ATTORNEYS FOR DEFENDANT