IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SHAQUIEL ANTHONY MENDEZ<br><br>       Defendant. | Case No. 3:23-cr-00045<br><br>**UNITED STATES' WITNESS LIST** |

1. Senad Abaza – Cass County Sheriff's Office
2. Nezir Ahmed – Cass County Sheriff's Office
3. Joshua Brooks
4. Jesse Burnett
5. Alex Droske - North Dakota Bureau of Criminal Investigation
6. Alisha Ettesvold – Cass County Sheriff's Office
7. Michael Freedman - ATF
8. Cody Gease - Fargo PD
9. Steve Gilpin – North Dakota Bureau of Criminal Investigation
10. Joe Gress - Cass County Sheriff's Department
11. Ahmed Abdi Hassan - USMS custody
12. Andeus Smith - USMS custody
13. Sei Wonokay – Cass County Sheriff's Office

Dated: November 8, 2024

                                              MAC SCHNEIDER
                                              United States Attorney

              By:    */s/ Christopher C. Myers*
                      CHRISTOPHER C. MYERS
                      Assistant United States Attorney
                      ND Bar ID 05317
                      655 First Avenue North, Suite 250
                      Fargo, ND  58102-4932
                      (701) 297-7400
                      chris.c.myers@usdoj.gov
                      Attorney for United States