IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>    v.<br><br>SHAQUIEL ANTHONY MENDEZ,<br><br>           Defendant. | Case No. 3:23-cr-00045<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a *Writ of Habeas Corpus* Ad Testificandum.

Name of detainee:     Joshua Brooks
Detained at (custodian) Burleigh County Correctional Center, Bismarck, ND
Detainee is a witness not otherwise available by ordinary process of the Court.
Detainee will return to the custody of detaining facility upon termination of proceedings.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, for the purpose of trial preparation and testifying at trial scheduled for December 10, 2024. The agency (ATF) or its designees will initiate the transport on December 3, 2024.

| | |
|---|---|
| Attorney Signature: | /s/  Christopher C. Myers |
| Printed Name and Telephone Number: | CHRISTOPHER C. MYERS, 701-297-7400 |
| Dated: November 21, 2024 | Attorney of Record for the United States |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated:  November 21, 2024

        /s/ Alice R. Senechal
        Magistrate Judge Alice R. Senechal
        United States District Court

☐    Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

**RETURN OF SERVICE**

_____    By: _____    _____
Date Executed              Printed Name                                Signature