# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Jesse James Burnett,<br><br>                    Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.:  3:23-cr-45 |

Defendant, Jesse James Burnett, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue South, Suite 201, Fargo North Dakota 58103, moves this Honorable Court to continue his jury trial currently scheduled for April 1, 2025, at 9:30a.m. to a later date. Attorney Bredahl is scheduled to undergo back surgery on March 24, 2025, and will be in recovery during the time this trial has been set.

Undersigned has spoken with Defendant Burnett and the government. Neither party has an objection to this continuance request.

Undersigned counsel further represents that this request is not made for undue delay or any other improper reason.

A Waiver of Speedy Trial signed by Defendant will be filed shortly.

Dated this 18th day of February, 2025.

        Respectfully submitted,

        BREDAHL & ASSOCIATES, P.C.

        */s/ Jeff A. Bredahl*
        Jeff A. Bredahl, ND ID #04717
        3431 4th Avenue South, Suite 200
        Fargo, North Dakota 58103
        Tele: 701-298-9363
        Fax: 701-298-9362
        Email: jeffb@ndjustice.com
        Eservice: eservice@ndjustice.com
        ATTORNEYS FOR DEFENDANT