# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1205

United States of America

Appellee

v.

Daniel Saydee Cisse

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:23-cr-00045-PDW-2)

---

**MANDATE**

In accordance with the opinion and judgment of March 24, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 14, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit