# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHAQUIEL ANTHONY MENDEZ,<br><br>                    Defendant. | Case No.: 3:23-cr-45<br><br>NOTICE OF APPEAL |

[¶1]   **NOTICE IS HEREBY GIVEN,** that the Petitioner, *Shaquiel Anthony Mendez*, does hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment in a Criminal Case entered in this action on May 27, 2025.

Dated this Wednesday, June 4, 2025

_____
Samuel A. Gereszek (ND Bar ID # 07040)
**GERESZEK LAW OFFICE P.L.L.C.**
311 S. 4th St., Suite 110
Grand Forks, ND 58201
Telephone: (701) 780-9276
Eservice: eserve@gereszek.law
**ATTORNEY FOR THE DEFENDANT**