# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Jesse James Burnett,<br><br>　　　　　　Defendant. | **MOTION TO CONTINUE JURY TRIAL**<br><br>Case No.: 3:23-cr-45 |

　　Defendant, Jesse James Burnett, by and through his attorney of record, Jeff A. Bredahl, Bredahl & Associates, P.C., 3431 4th Avenue S suite 201, Fargo North Dakota 58103, moves this Honorable Court for a six (6) month continuance of his jury trial currently scheduled for August 19, 2025, at 9:30a.m. Attorney Bredahl needs additional time to prepare for trial and to allow Defendant Burnett to review the roughly 15,000 pages of government's discovery.

　　Undersigned has spoken with Defendant Burnett and the government. Neither party has an objection to this continuance request.

　　Undersigned counsel further represents that this request is not made for undue delay or any other improper reason.

　　A Waiver of Speedy Trial signed by Defendant has been filed herewith.

Dated this 11th day of July, 2025.

                Respectfully submitted,

                BREDAHL & ASSOCIATES, P.C.

                */s/ Jeff A. Bredahl*
                Jeff A. Bredahl, ND ID #04717
                3431 4th Avenue South, Suite 200
                Fargo, North Dakota 58103
                Tele: 701-298-9363
                Fax: 701-298-9362
                Email: jeffb@ndjustice.com
                Eservice: eservice@ndjustice.com
                ATTORNEYS FOR DEFENDANT