REGARDS: DANIEL SAYDEE CISSE
REG: 55280-510
FCI POLLOCK MED
P.O BOX 3000
POLLOCK, LA 71467

UNITED STATES COURTHOUSE FOR THE EIGHTH CIRCUIT,
DISTRICT COURT OF NORTH DAKOTA

UNITED STATES OF AMERICA
    VS.

DANIEL SAYDEE CISSE            CASE NO:3:23-CR-45(02)

MOTIONS REGARDS: NOVEMBER 1, 2024, SENTENCING COMMISION'S AMENDMENT YOUTH OFFENDER CONSIDERATIONS:

HONORABLE JUDGE:

I am writing regarding the u.s sentencing commission's recent amendment, which took affect on novenber, 1,2024, addressing guidlines for youth offenders. The amendment allows for lenient consideration of prior offenses committed at a young age when determing sentencing.

I understand that the amendment specifically emphasize reevaluating sentences for individuals who, at the time of their offenses, were 25 years old or younger. I have prior convictions that occured when I was younger than 25 years old, and I believe this amendment applied to my situation, given my age at the time of my prior offense, I respectfully request a review of my case under the new guideline adjustments.

The amendment reflects the sentencing commission's recognition that younger offenders often lack the maturity and decision-making skills of older adults, which can contribute to criminal behavior; In light of this, I believe that reconsidering the impact of my prior convictions on my current sentencing aligns with both the intent of the amendment and the principles of fair sentencing.

Sincerely

Daniel Cisse

*Daniel Cisse*

Respectfully Submitted By,    10/15/25
Pro-se, Daniel Cisse  date: _____

signed: *Daniel Cisse*