IN THE UNITED STATES DISTRICT COURT
IN THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 3:23-CR-00045 |
| vs. | ) | **DEFENDANT'S MOTION TO CONTINUE TRIAL** |
| Jesse James Burnett, | ) | |
| Defendant | ) | |

COMES NOW, the Defendant, Jesse James Burnett, by and through Counsel, Jeremy J. Curran, and hereby moves the Court for an Order continuing the trial date currently set to commence January 13, 2026. The continuance is requested to last for at least one hundred eighty (180) days, on the following grounds:

Counsel was recently appointed to represent Defendant. Counsel was served discovery in this case on December 10, 2025. It is Counsel's understanding that discovery in this case will be voluminous. Further, Defendant has not had the opportunity to review discovery in this case to this point and needs additional time to consult with Counsel in order to adequately prepare for trial. Defendant has been sent a speedy trial waiver and Counsel will file the same when it is returned from the facility in which Defendant is currently housed.

The undersigned, further, represents to the court that this motion is made neither for the purpose of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the time necessary for effective preparation, taking into the exercise of due diligence, as well as allowing for previously scheduled criminal trials.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act, and Defendant has signed a Waiver of Speedy Trial pursuant to 18 U.S.C. § 3161.

Counsel has spoken to United States Attorney Matthey Greenley, who indicated that the United States has no objection to this Motion.

Dated this __12__ day of December, 2025.

**Curran Law Firm, PLLC**
106 N 3rd Street, Suite 60
Grand Forks, ND  58203
(701) 746-9175
jeremy@curranlawgf.com

_____
Jeremy J. Curran, ND Bar # 07841
Attorney for Defendant