# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER DENYING MOTION TO** |
| ) | **REDUCE SENTENCE** |
| vs. ) | |
| ) | Case No. 3:23-cr-45(2) |
| Daniel Saydee Cisse, ) | |
| ) | |
| Defendant. ) | |

Defendant Daniel Saydee Cisse moves for a sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 829 to the United States Sentencing Guidelines. Doc. 232. The United States opposes the motion. Doc. 233.

Cisse seeks a sentence reduction under Amendment 829. But unlike Amendment 821, Amendment 829 to the United States Sentencing Guidelines does not apply retroactively. See U.S.S.G. § 1B1.10(d). So, Amendment 829 cannot support a basis for a sentence reduction. Cisse's motion (Doc. 232) is **DENIED**.

**IT IS SO ORDERED**.

Dated this 12th day of February, 2026.

/s/ Peter D. Welte
Peter D. Welte, Chief Judge
United States District Court